IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DAVID GENE LANCASTER,**

         Plaintiff,

    v.

**TOM L. CAREY, WARDEN, et al.,**

        Defendants.

Case No. 2:08-CV-00051 LKK GGH

**ORDER**

   On July 12, 2010, Defendants filed a request to take the deposition of Plaintiff David Lancaster via videoconference.  For good cause shown, IT IS ORDERED that Defendants' request is granted.   Defendants may conduct Plaintiff's deposition via videoconference.  Nothing in this order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

Dated: July 20, 2010

            /s/ Gregory G. Hollows
            _____
            The Honorable Gregory G. Hollows

Lanc0051.vid

1