IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID GENE LANCASTER,

    Plaintiff,                    No. CIV S-08-0051 LKK GGH P

  vs.

TOM L. CAREY, Warden, et al.,

    Defendants.            ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. The factual issues in this case are not complex and plaintiff has a sufficient level of articulation such that an attorney appointment is not warranted. Plaintiff's request for the appointment of counsel will therefore be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (Docket No. 53) is denied.

DATED: July 6, 2011

                                        /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

GGH:md
lanc0051.31