IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GENE LANCASTER, | No. CIV S-08-0051 LKK GGH P |
| Plaintiff, | |
| vs. | ORDER REQUESTING CONFIDENTIAL STATEMENTS RE: CASE SELECTION FOR PRISONER SETTLEMENT PROGRAM |
| TOM L. CAREY, Warden, et al., | |
| Defendants. | FOURTEEN-DAY DEADLINE |
| _____/ | |

      Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  This action is proceeding against defendants Herrera and Fry, and is scheduled for pretrial conference on October 28, 2011; for a trial confirmation hearing on January 17, 2010; and for jury trial commencing April 10, 2012.  See Further Scheduling Order, filed on July 26, 2011.

      The parties to this action shall each, no later than fourteen(14) days from the date of the order, submit confidential statements as described below.  The confidential statements shall not be served on the opposing party or filed with the court, but instead, delivered by mail, fax, email or personal delivery to the court's Alternative Dispute Resolution (ADR) division at

1

the address, fax number or email address below and marked "Confidential."  Such statements shall be limited to five (5) pages and shall include the following:

    1) the party's assessment of whether the instant action is of the type that would benefit  from a settlement proceeding;

    2) the party's assessment of what factors, if any, will prevent settlement of this matter prior to trial; and

    3) any additional information the court may find useful in determining whether to set this matter for a settlement conference.

Should the Court determine this action to be appropriate for referral to the Prisoner Settlement Program, the Court will set this matter for settlement conference before a magistrate judge or district judge.

IT IS SO ORDERED.

DATED: August 2, 2011

        /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

GGH:009/sp
lanc0051.ord

cc:    ADR Division, Attention: Sujean Park
       US District Court
       501 I Street, Suite 4-200
       Sacramento, CA 95814
       Fax: (916) 491-3912
       email: spark@caed.uscourts.gov