IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID GENE LANCASTER,

    Plaintiff,                    No. CIV S-08-0051 LKK GGH P

    vs.

TOM L. CAREY, Warden, et al.,

    Defendants.                <u>ORDER</u>

/

        By order filed on July 19, 2011 (docket #55), summary judgment was granted as to defendant Carey but denied as to defendants Herrera and Fry, and the court reset a schedule for this litigation by a further scheduling order filed on July 26, 2011 (# 56). However, on August 16, 2011 (# 59), defendants Fry and Herrera filed a notice of an interlocutory appeal to the Ninth Circuit, which remains pending at this time. Therefore, the court hereby VACATES the pretrial conference (Oct. 28. 2011, nunc pro tunc), trial confirmation hearing (January 17, 2012) and trial (April 10, 2012) dates as set forth in the July 26, 2011, further scheduling order. The dates will be re-set, if appropriate, following resolution of the appeal. Also VACATED is plaintiff's "motion for obtaining an investigator," filed on August 12, 2011 (# 58).

        IT IS SO ORDERED.

DATED: December 2, 2011

                                    /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

GGH:009
lanc0051.vac

1