UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID GENE LANCASTER,

        Plaintiff,

   v.

TOM L. CAREY, WARDEN, et al.,

        Defendants.

               NO. CIV. S-08-0051 LKK/GGH

               O R D E R

    The court is in receipt of the parties' joint notification of conditional settlement and motion for stay or dismissal of the action. Notice, ECF No. 65.

    Pursuant to the parties' joint request, the court dismisses the action, without prejudice to renew in the event that the Governor's Office reverses Plaintiff's grant of parole. See FED.R.CIV.PROC. 41(a)(2).

    IT IS SO ORDERED.

    DATED: November 5, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1